IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CT-3140-BO

JOHN CLYDE BRITT, JR.,
    Plaintiff,

v.        **ORDER**

MATTHEW A. RAYMES, et al.,
    Defendants.

Before the court is a motion filed by defendants for summary judgment. (D.E. # 77) Plaintiff, through counsel, has responded in opposition. (D,.E. # 82) Plaintiff's remaining claim is that defendant Raymes used excessive force against him in the course of executing a search warrant on October 14, 2005, and that defendants thereafter conspired to conceal critical evidence relating to the shooting. (D.E. # 58) The parties agree that defendant Raymes shot plaintiff in the course of executing the search warrant. (D.E. # 77 and # 82) The parties disagree, however, as to how many times Raymes fired his gun, and whether Raymes shot plaintiff at close range. (Id.) Moreover, the parties have submitted conflicting evidence on these issues. (Id.) Additionally, pending before the Honorable William Webb is an unopposed motion to appoint an expert witness. (D.E. # 76) The court therefore denies the motion for summary judgment without prejudice pending resolution of the motion to appoint an expert witness. (D.E. # 77)

SO ORDERED. This the 17 day of March 2012.

*[signature]*
TERRENCE W. BOYLE
United States District Judge